IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., <br>    PAUL A. CIMINO, <br><br>             Plaintiff, <br><br>             v. <br><br> INTERNATIONAL BUSINESS MACHINES <br> CORPORATION <br><br>             Defendant. | No. 13cv0907 (APM) <br> **FILED UNDER SEAL** |

**UNITED STATES' NOTICE OF ELECTION TO**
**DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision to decline to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court and parties to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the Relator's Complaint, any Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C. 20530
(202)252-2507

MICHAEL D. GRANSTON
SARA MCLEAN
PATRICK M. KLEIN
Attorneys, Department of Justice
 Civil Division
Post Office Box 261
Ben Franklin Station
Washington, DC 20044
(202) 305-2447

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2018, I caused a copy of the foregoing United States' Notice of Election to Decline Intervention and proposed Order to be sent by email to counsel for Relator at the following address:

Emily Harlan
Nixon Peabody, LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128
eharlan@nixonpeabody.com

                                                */s/ Darrell C. Valdez*
                                                DARRELL VALDEZ
                                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., )<br>  PAUL A. CIMINO, )<br> )<br> **Plaintiff,** )<br> )<br> v. )<br> )<br> INTERNATIONAL BUSINESS MACHINES )<br> CORPORATION )<br> )<br> **Defendant.** )<br> ) | No. 13cv0907 (APM)<br>**FILED UNDER SEAL** |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is this _____ day of _____ 2018, hereby

ORDERED that the complaint, any amended complaint, this Order, and the Notice of Election to Decline Intervention be unsealed and served upon the Defendant by the Relator; and it is further

ORDERED that all other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendant; and it is further

ORDERED that the seal be lifted as to all other matters occurring in this action after the date of this Order; and it is further

ORDERED that the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and it is further

ORDERED that the parties shall serve all notices of appeal and orders of this Court upon

the United States; and it is further

ORDERED that should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

copies to:

Counsel for the United States:

Darrell Valdez
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530

Patrick Klein
Attorney, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044


Counsel for Relator:

Emily Harlan
Nixon Peabody, LLP
401 9th Street, N.W.
Suite 900
Washington, DC 20004-2128