# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: United States ex rel. Paul A. Cimino

vs.

Civil Action No. 1:13-cv-00907

Defendant: Int'l Business Machines Corp. (IBM)

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 21 day of October 20 19, that Plaintiff-Relator Paul A. Cimino hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the 30 day of September, 20 19, in favor of Defendant Int'l Business Machines Corp. (IBM) against said Plaintiff-Relator Paul A. Cimino

Attorney/Pro Se Party Signature: /s/ Adam R. Tarosky

Name: Adam R. Tarosky

Address: Nixon Peabody LLP

799 Ninth Street, N.W., Suite 500

Washington, DC  20001

Telephone: ( 202 ) 585-8036

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017