# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-7139**  **September Term, 2020**
FILED ON: JULY 6, 2021

UNITED STATES OF AMERICA, EX REL. PAUL A. CIMINO,
 AND
PAUL A. CIMINO,
    APPELLANT

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, A DELAWARE CORPORATION,
    APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:13-cv-00907)

Before: SRINIVASAN, *Chief Judge*, RAO, *Circuit Judge*, and GINSBURG, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the dismissal of Cimino's presentment claims be affirmed; the dismissal of Cimino's fraudulent inducement claims be reversed; and the case be remanded to the District Court for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

BY:  /s/

                Daniel J. Reidy
                Deputy Clerk

Date: July 6, 2021

Opinion for the court filed by Circuit Judge Rao.
Concurring opinion filed by Circuit Judge Rao.