UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL A. CIMINO, ) | |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| v. ) | Case No. 13-cv-907 (APM) |
| ) | |
| INTERNATIONAL BUSINESS ) | |
| MACHINES CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pursuant to the parties' Report under Local Civil Rule 16.3 and the Status Conference held on November 15, 2021, the court orders the following with regard to further proceedings in this matter:

I. <u>Scheduling.</u>

  A. The parties shall exchange initial disclosures, as required under Rule 26(a)(1), on or before **November 29, 2021**;

  B. The deadline for joinder of parties and amendments of pleadings is **December 9, 2021**;

  C. The parties shall submit a Joint Status Report regarding the status of discovery on or before **March 28, 2022**;

  D. Relator's expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than **July 26, 2022**;

  E. The parties shall submit an additional Joint Status Report regarding the status of discovery on or before **August 10, 2022;**

  F. Defendant's expert reports and disclosures, consistent with Rule 26(a)(2), shall be made on or before **September 6, 2022**;

      G.      Final service of discovery responses shall occur on or before **October 18, 2022**;

      H.      All discovery shall conclude on **November 17, 2022**; and

      I.      A Post-Discovery Status Conference is set for **November 18, 2022 at 10 a.m.** via videoconference.

**The parties may not extend by stipulation the deadline for the Joint Status Report, discovery deadline, or the Post-Discovery Conference. Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court. A motion to extend any deadline shall indicate whether any previous extensions were requested and granted.**

**The parties may modify all other interim deadlines by stipulation. If the parties cannot agree to a schedule modification, the party seeking additional time must file a motion and show good cause for the modification.**

II.    <u>Discovery Disputes.</u>

Parties shall not exceed the agreed-upon numerical limitations set forth in the Rule 16.3 statement: (1) 25 interrogatories per side; (2) 25 admissions per side; (3) 25 requests for production per side; and (4) 10 depositions per side, unless granted leave by the court.

In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, then the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled. The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely. Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline. A request for an extension of time made after the discovery deadline will be considered untimely.

III.    <u>Settlement.</u>

The parties are expected to continue to evaluate their respective cases for purposes of settlement. The court encourages the use of alternative dispute resolution—e.g., mediation or neutral case evaluation. The use of these methods is available at any time, as is a settlement conference before a magistrate judge. If the parties are

interested in further pursuing these options, then they may contact chambers at any time.

Dated: November 16, 2021

Amit P. Mehta
United States District Court Judge