**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>   *ex rel*. Paul A. Cimino,<br><br>              Plaintiff,<br><br>          v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 1:13-cv-00907-APM |

## JOINT MOTION TO STAY DISCOVERY

Plaintiff-Relator Paul A. Cimino ("Plaintiff" or "Relator") and Defendant International Business Machines Corporation ("Defendant" or "IBM"), by and through counsel, respectfully request that this Court stay all remaining discovery deadlines because Relator seeks to voluntarily dismiss the case and is in consultation with U.S. Department of Justice to obtain consent of the United States. In support of this motion, Relator and Defendant (the "Parties") state as follows:

1.    On November 16, 2021, the Court issued the following scheduling order for all further proceedings:

      A.    The parties shall exchange initial disclosures, as required under Rule 26(a)(1), on or before November 29, 2021;

      B.    The deadline for joinder of parties and amendments of pleadings is December 9, 2021;

      C.    The parties shall submit a Joint Status Report regarding the status of discovery on or before March 28, 2022;

D.      Relator's expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than July 26, 2022;

E.      The parties shall submit an additional Joint Status Report regarding the status of discovery on or before August 10, 2022;

F.      Defendant's expert reports and disclosures, consistent with Rule 26(a)(2), shall be made on or before September 6, 2022;

G.      Final service of discovery responses shall occur on or before October 18, 2022;

H.      All discovery shall conclude on November 17, 2022; and

I.      A Post-Discovery Status Conference is set for November 18, 2022 at 10 a.m. via videoconference.

2.      Pursuant to Local Rule 7(m), the Parties conferred on July 20, 2022 to discuss the discovery schedule.  Based on the ongoing production of documents, the parties agreed to seek an extension of the remaining scheduling order dates.  The Parties filed their Consent Motion to Extend Discovery Deadlines on July 26, 2022, requesting a general extension of the remaining scheduling order dates by ninety days.  ECF No. 75.  This was the Parties' first request to extend scheduling order dates in this matter.

3.      The Court granted the Consent Motion to Extend Discovery Deadlines on July 27, 2022 (ECF No. 76), and set the following schedule for further proceedings in this case:

A.      Relator's expert reports and disclosures, consistent with Rule 26 (a)(2), shall be made no later than October 24, 2022;

B.      The Parties shall submit an additional Joint Status Report regarding the status of discovery on or before November 8, 2022;

    C.      Defendant's expert reports and disclosures, consistent with Rule 26 (a)(2), shall be made on or before December 5, 2022;

    D.      Final service of discovery responses shall occur on or before January 16, 2023;

    E.      All discovery shall conclude on February 15, 2023; and

    F.      The Post-Discovery Conference originally set for November 18, 2022, was vacated and reset for February 16, 2023, at 9:00 a.m.

4.    On October 14, 2022 the Parties jointly sought a further extension of the expert disclosure deadlines established by the Court's July 27 Order (ECF No. 76). This was the Parties' second request for an extension to the schedule. The Court granted the requested extension by minute order on October 16, 2022 (ECF No. 80), and the expert disclosure deadlines were extended as follows:

    A.      Relator's expert reports and disclosures, consistent with Rule 26 (a)(2), shall be made no later than November 23, 2022; and

    B.      Defendant's expert reports and disclosures, consistent with Rule 26 (a)(2), shall be made on or before January 11, 2023.

All other scheduling order dates from the Court's July 27 Order (ECF No. 76) remained unchanged.

5.    On January 10, 2023, Defendant filed a Consent Motion to Modify Scheduling Order requesting that this Court extend Defendant's expert deadlines. This was the Parties' third request for an extension to the schedule. The Court granted the requested extension by minute order on January 11, 2023 (ECF No. 84), and the expert disclosure deadlines were extended as follows:

A.     Extend the deadline for Defendant's expert disclosures by 21 days to

February 1, 2023;

B.     Extend the deadline for the Parties to complete discovery by 60 days to

April 17, 2023; and

C.     Reschedule the Post-Discovery Status Conference to a later date in April or

May 2023.

6.     On January 13, 2023, Relator's counsel contacted Defendant's counsel indicating

Nixon Peabody's intent to voluntarily dismiss the above-captioned suit;

7.     On January 27, 2023, Relator's counsel contacted Defendant's counsel via e-mail

and confirmed that Relator will be voluntarily dismissing the above-captioned suit pending a

response from the Department of Justice confirming the government's consent to dismiss;

**WHEREFORE**, for the reasons stated above, the Parties jointly request that this Court

stay all remaining discovery deadlines pending a response from the Department of Justice

regarding dismissal.

Dated:  February 1, 2023                    _/s/ Jonathan L. Diesenhaus_____
                                            Jonathan L. Diesenhaus (D.C. Bar # 423753)
                                            HOGAN LOVELLS US LLP
                                            555 Thirteenth Street, NW
                                            Washington, DC 20004
                                            Telephone: (202) 637-5600
                                            Fax: (202) 637-5910
                                            jonathan.diesenhaus@hoganlovells.com

                                            Jasmeet K. Ahuja (*pro hac vice*)
                                            1735 Market Street, 23rd Floor
                                            Philadelphia, PA 18103
                                            Telephone: (267) 675-4600
                                            Fax: (267) 675-4601
                                            jasmeet.ahuja@hoganlovells.com

4

*Counsel for Defendant IBM*

By: */s/ Brian K. French*
Brian K. French (*pro hac vice*)
Exchange Place
53 State Street
Boston, MA 02109-2835
Telephone: (617) 345-1000
Fax: (617) 345-1300
bfrench@nixonpeabody.com

Louis E. Dolan, Jr. (D.C. Bar # 442881)
Adam R. Tarosky (D.C. Bar # 983920)
NIXON PEABODY LLP
799 Ninth Street, NW
Suite 500
Washington, DC 20001
Telephone: (202) 585-8000
Fax: (202) 585-8080
ldolan@nixonpeabody.com
atarosky@nixonpeabody.com

*Counsel for Relator Paul A. Cimino*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notification to the attorneys for all parties in this case.

Dated:  February 1, 2023

*/s/ Jonathan L. Diesenhaus*
Jonathan L. Diesenhaus
